# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMUEL NORMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 07- 670-WDS |
| ) | |
| STATE OF ILLINOIS, C/O CLARK, and ) | |
| LT. CARRELL, ) | |
| ) | |
| Defendants. | |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous.

Dismissal is with prejudice.  Judgment is entered in favor of Defendant and against Plaintiff.

Plaintiff shall take nothing from this action.


   **October 17,  2007**                     By:   **s/ WILLIAM D. STIEHL**
*Date*                                                           *District Judge*